Name: Sameer Aldabshi
Address: 675 98th Ave., Oakland, CA 94705

Phone Number: 510-759-2891
E-mail Address: sameerall8600@gmail.com
Pro Se

**RECEIVED**
DEC 02 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael Arroyo, Jr. | Case Number: 3:16-cv-06181-WHA |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| vs. Sameer Aldabashi, in his individual and representative capacity as trustee of the Kassim S. Aldabashi Revocable Trust; Saleh and Brothers Coporation, a California Corporation; and Does 1-10 Defendant. | DATE: TIME: COURTROOM: JUDGE: William Alsup |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: December 7, 2016.       /s/ William Alsup
                                United States District/Magistrate Judge