UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO JR., <br> Plaintiff. <br> v. <br> SAMEER ABDO ALDABASHI, et al., <br> Defendants. | Case No. 16-cv-06181-JCS <br><br> **ORDER TO SHOW CAUSE** |

Pursuant to Civil Local Rule 3-9(b) and other federal law, a corporation, unincorporated association, partnership, trusts (including trustees sued in their capacity as trustee), or other such entity may appear only through a member of the bar of this Court. Defendants Sameer Aldabashi, as trustee, and Saleh and Brothers Corporation, shall appear through new counsel (previous counsel having been relieved by the Court) on or before **May 25, 2018, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, or to show cause on that date why default should not be entered for failure to appear through counsel.

IT IS SO ORDERED.

Dated: May 1, 2018

_____
JOSEPH C. SPERO
Chief Magistrate Judge