UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO JR., <br> Plaintiff, <br> v. <br> SAMEER ABDO ALDABASHI, et al., <br> Defendants. | Case No. 16-cv-06181-JCS <br><br> **ORDER INSTRUCTING CLERK TO ENTER DEFENDANTS' DEFAULT** <br> Re: Dkt. No. 47 |

On May 1, 2018, the Court issued an order to show cause why Defendants' default should not be entered for failure to appear through counsel, with a deadline of May 25, 2018 for Defendants to show cause. *See* dkt. 47. On May 25, 2018, the Court continued the deadline and hearing to July 20, 2018. *See* dkt. 50. Defendants did not appear on that date. *See* dkt. 54. The Clerk is therefore instructed to enter Defendants' default.

After default is entered, Plaintiff may file a motion for default judgment no later than August 22, 2018.

**IT IS SO ORDERED.**

Dated: July 23, 2018

JOSEPH C. SPERO
Chief Magistrate Judge